359 P.2d 142

**DRIVER MILLER CORP., a corporation, and Miller Metal Co., a corporation, Petitioners,**

v.

**SECOND JUDICIAL DISTRICT COURT IN AND FOR the COUNTY OF BERNALILLO, DIVISION V, Paul Tackett, District Judge, Respondent.**

No. 6916.

Supreme Court of New Mexico.

Feb. 7, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for alternative writ of mandamus be and the same is hereby denied for the reason that mandamus is not the proper remedy.